# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2006

131844 & (27)(28)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHERMAN TOWNSHIP,
       Plaintiff-Appellee,

v

JOSEPH A. LEEMREIS AND
LORI M. LEEMREIS,
       Defendants-Appellants.

SC: 131844
COA: 269020
St. Joseph CC: 03-001068-CZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.

      KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2006

_____
Clerk

p1108